# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIMA WARDAK, | Case No. 19-cv-00391-MCE-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, it is hereby ordered that this action, Case No. 19-cv-00391-MCE-KJN, is dismissed in its entirety as to all defendants, with prejudice, each party to bear her or its own attorneys' fees and costs in this matter, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: January 2, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE